FILED
NOV 1 6 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DIEGO ALEXANDER SUT DE LA CRUZ (7),

Defendant.

Case No. 23-cr-00233-TWR

**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

The Honorable Todd W. Robinson

Upon motion pursuant to Federal Rule of Criminal Procedure 48(a), the United States' Motion to Dismiss the charges in the Indictment as to Diego Sut De La Cruz only is GRANTED. The Court dismisses the Indictment without prejudice as to Diego Sut De La Cruz only.

**SO ORDERED AND ADJUDGED.**

DATED: 11/16/26

[signature: Todd Robinson]
The Honorable Todd W. Robinson
United States District Judge